MCGREGOR W. SCOTT
United States Attorney
SHEA J. KENNY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHARON ANN PERKINS,<br><br>Defendant. | CASE NO. 2:20-MJ-00142-CKD<br><br>STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUSION OF TIME<br><br>DATE: October 1, 2020<br>TIME: 2:00 p.m.<br>COURT: Hon. Allison Claire |

Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorney Shea J. Kenny, and defendant Sharon Perkins, both individually and by and through her counsel of record, Megan Hopkins, hereby stipulate as follows:

1. The Complaint in this case was filed on September 15, 2020, and defendant first appeared before a judicial officer of the Court in which the charges in this case were pending on September 17, 2020. ECF 1; ECF 3. The Court set a preliminary hearing date of October 1, 2020. ECF 3.

2. By this stipulation, the parties jointly move for an extension of time of the preliminary hearing date to November 2, 2020, at 2:00 p.m., before the duty Magistrate Judge, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure. The government has provided or made available to defense pre-indictment discovery and anticipates producing additional discovery shortly, including memoranda of witness interviews, image and video files, and an origin and cause investigation report of the fires the defendant is charged with setting. The parties are engaged in negotiating a pre-indictment

resolution, and the government intends to provide a proposed plea agreement to defense counsel shortly. Defense counsel requires additional time to review discovery, conduct legal research, and consult with the defendant regarding case strategy and potential resolution.  Also, additional time is appropriate for attorney-client consultation in this case because the defendant is detained.  The parties therefore stipulate that the delay is required to allow the defense reasonable time for preparation, and for the government's continuing investigation of the case.  The parties further stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy return of an indictment and speedy trial. 18 U.S.C. § 3161(h)(7)(A); 18 U.S.C. § 3161(b).

3. The parties agree that good cause exists for the extension of time, and that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases. Therefore, the parties request that the time between October 1, 2020, and November 2, 2020, be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

IT IS SO STIPULATED.

Dated:  September 23, 2020         McGREGOR W. SCOTT
                                   United States Attorney

                                   /s/ SHEA J. KENNY
                                   SHEA J. KENNY
                                   Assistant United States Attorney

Dated:  September 23, 2020         /s/ MEGAN HOPKINS
                                   MEGAN HOPKINS
                                   Counsel for Defendant
                                   Sharon Ann Perkins

/ / /

/ / /

/ / /

/ / /

/ / /

STIPULATION                             2

## [PROPOSED] FINDINGS AND ORDER

The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing Pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter on September 21, 2020. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause for an extension of time for the preliminary hearing pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.

Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The Court further finds that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The date of the preliminary hearing is extended to November 2, 2020, at 2:00 p.m.
2. The time between October 1, 2020, and November 2, 2020, shall be excluded from calculation pursuant to 18 U.S.C. § 3161(h)(7)(A).
3. The defendant shall appear at that date and time before the Magistrate Judge on duty.

IT IS SO FOUND AND ORDERED this 24th day of September 2020.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

STIPULATION                              3