| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA | **FILED**<br>October 2, 2020<br>CLERK, US DISTRICT COURT<br>EASTERN DISTRICT OF<br>CALIFORNIA |

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SHARON ANN PERKINS,

    Defendant.

Case No. 2:20-MJ-00142-CKD

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  SHARON ANN PERKINS , Case No. 2:20-MJ-00142-CKD  Charge 18USC § 1855, from custody for the following reasons:

    ☐ Release on Personal Recognizance

    ☐ Bail Posted in the Sum of $ _____

    **x** Unsecured Appearance Bond $ 50,000.00

    ☐ Appearance Bond with 10% Deposit

    ☐ Appearance Bond with Surety

    ☐ Corporate Surety Bail Bond

    **X** (Other): Pretrial conditions as stated on the record.

Issued at Sacramento, California on October 2, 2020 at 2:00 pm

By: *Allison Claire*

Magistrate Judge Allison Claire